# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **BARON G. GEMMER AND** | : |
| **LYDIA S. GEMMER** | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 2:10-cv-00810 (CDJ) |
| v. | : |
| | : |
| **SURREY SERVICES FOR** | : |
| **SENIORS, INC.** | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Baron G. Gemmer and Lydia S. Gemmer, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Third Circuit from the order entered in this action on December 13, 2010, approving and adopting the Report and Recommendation of the Magistrate Judge, with the exception of Paragraphs 65, 118, and 126, granting the motion for preliminary injunction of defendant Surrey Services for Seniors, Inc., and denying the plaintiffs' motion for preliminary injunction.

Respectfully submitted,

By:   \_\_/s/_____
FLASTER/GREENBERG, P.C.
Abbe F. Fletman
Pa. Atty. I.D. No. 52896
Alexis Arena
Pa. Atty. I.D. No. 200227
1600 John F. Kennedy Blvd., Suite 200
Philadelphia, PA 19103
(215) 279-9393
(267) 299-6865
*Attorneys for*
*Baron G. Gemmer and Lydia S. Gemmer*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARON G. GEMMER AND** | : |
| **LYDIA S. GEMMER** | : |
| | : |
| Plaintiffs, | : |
| | : Civil Action No. 2:10-cv-00810 (CDJ) |
| v. | : |
| | : |
| **SURREY SERVICES FOR** | : |
| **SENIORS, INC.** | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Alexis Arena, certify that on this day, the 10th day of January, 2011, the foregoing Notice of Appeal was filed electronically. The parties' Counsel of Record were served electronically as provided by Section 7(a) of this Court's Procedural Order on Electronic Case Filing, which is incorporated into the Local Rules of Civil Procedure by Local Rule 5.1.2.

Pursuant to Federal Rule of Civil Procedure 3(a), additional copies of the attached Notice of Appeal were also sent to the clerk for service on defendant Surrey Services for Seniors, Inc.

By: ___/s/  Alexis Arena_____
FLASTER/GREENBERG, P.C.
Pa. Atty. I.D. No. 200227
1600 John F. Kennedy Blvd., Suite 200
Philadelphia, PA  19103
(215) 279-9393
(267) 299-6865
*Attorneys for*
*Baron G. Gemmer and Lydia S. Gemmer*